RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
MONIQUE KIRTLEY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Monique_Kirtley@fd.org

Attorney for Antonio Valdez-Aguilar

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ANTONIO VALDEZ-AGUILAR,<br><br>　　　　　Defendant. | Case No. 2:17-cr-373-KJD-NJK<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Brandon Jaroch, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Monique Kirtley, Assistant Federal Public Defender, counsel for Antonio Valdez-Aguilar, that the Sentencing Hearing currently scheduled on September 11, 2018 at 9:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Undersigned defense counsel needs additional time to conduct mitigation investigation.

　　　　2.　　The defendant is in custody and does not oppose a continuance.

　　　　3.　　The parties agree to the continuance.

This is the first request for a continuance of the sentencing hearing.

DATED this 30th day of August, 2018.

| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States Attorney |
|---|---|
| */s/ Monique Kirtley*<br>By_____<br>MONIQUE KIRTLEY<br>Assistant Federal Public Defender | */s/ Brandon Jaroch*<br>By_____<br>BRANDON JAROCH<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTONIO VALDEZ-AGUILAR,<br><br>Defendant. | Case No. 2:17-cr-373-KJD-NJK<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Tuesday, September 11, 2018 at 9:00 a.m., be vacated and continued to  October 16, 2018  at the hour of  9:00  a .m.; or to a time and date convenient to the court.

DATED this  7th  day of  September , 2018.

_____
UNITED STATES DISTRICT JUDGE